Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
Case No. **18−20912−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Jessica N. Cyphert
   1107 Surrey Lane
   Vandergrift, PA 15690

Social Security No.:
   xxx−xx−6280

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237
Telephone number:  412−920−6565

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
May 21, 2018
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
May 21, 2018
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/18/18

BY THE COURT

Carlota M. Bohm
Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                               Case No. 18-20912-CMB
Jessica N. Cyphert                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1          Date Rcvd: Apr 18, 2018
                              Form ID: rsc13          Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2018.
db             +Jessica N. Cyphert,    1107 Surrey Lane,    Vandergrift, PA 15690-6047
14789360       +Amerihome Mortgage Company,    425 Phillips Boulevard,    Trenton, NJ 08618-1430
14789361      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,     PO Box 85520,    Richmond, VA 23285-5075)
14789363       +Credit Protection Assoc,    13355 Noel Road 2100,    Dallas, TX 75240-6837
14789364       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14811102       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
14808833       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14789367       +U.S. Department of Education/GLELSI,    2401 International Lane,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2018 01:46:22      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14789359        E-mail/Text: ebn@americollect.com Apr 19 2018 01:46:59      Americollect,    PO Box 1690,
                 Manitowoc, WI 54221
14789362       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 19 2018 01:55:21      Credit One,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14789365        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 19 2018 01:47:06      Jefferson Capital,
                 P.O. Box 23051,    Columbus, GA 31902
14789366       +E-mail/Text: bkr@cardworks.com Apr 19 2018 01:45:44      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Amerihome Mortgage Company, LLC
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Jessica N. Cyphert shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                               TOTAL: 5
```