# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JESSICA N. CYPHERT |
| **Case Number:** | 18-20912-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 11, 2019 09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/15/19 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#35 - Trustee's Certificate of Default to Dismiss
   +Affidavit by Debtor
R / M #:  35 / 0

*Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

COD resolved by attached order.

4/9/2019    9:24:58AM