UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JESSICA N. CYPHERT<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>JESSICA N. CYPHERT<br><br>Respondent(s) | Case No. 18-20912CMB<br>Chapter 13<br><br>Related to Document No. 35 |

## ORDER

AND NOW, this **15th** day of **April**, 20**19**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ **2610** effective **4/19**.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____
_____

Dated : FILED
4/15/19 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge    **jah**

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20912-CMB
Jessica N. Cyphert                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Apr 15, 2019
                              Form ID: pdf900         Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db          +Jessica N. Cyphert,    1107 Surrey Lane,    Vandergrift, PA 15690-6047
14849344    +AmeriHome Mortgage Company, LLC,     c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14789360    +Amerihome Mortgage Company,     425 Phillips Boulevard,    Trenton, NJ 08618-1430
14789363    +Credit Protection Assoc,    13355 Noel Road 2100,     Dallas, TX 75240-6837
14789364    +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14811102    +First National Bank of Pennsylvania,     4140 E. State Street,    Hermitage, PA 16148-3401
14905224    +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6051
14808833    +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14789367    +U.S. Department of Education/GLELSI,     2401 International Lane,    Madison, WI 53704-3121
14820764     UNITED STATES DEPARTMENT OF EDUCATION,     CLAIMS FILING UNIT,    PO BOX 8973,
              MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14789359      E-mail/Text: ebn@americollect.com Apr 16 2019 03:02:46      Americollect,    PO Box 1690,
               Manitowoc, WI 54221
14789361      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:04:27      Capital One,
               PO Box 85520,    Richmond, VA 23285-5075
14789362     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 16 2019 03:04:34      Credit One,
               P.O. Box 98872,    Las Vegas, NV 89193-8872
14789365      E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2019 03:02:50      Jefferson Capital,
               P.O. Box 23051,    Columbus, GA 31902
14832838      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2019 03:03:55
               LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14832837      E-mail/Text: bkr@cardworks.com Apr 16 2019 03:01:57      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14789366     +E-mail/Text: bkr@cardworks.com Apr 16 2019 03:01:57      Merrick Bank,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
14828462     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 16 2019 03:02:37      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14827018      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2019 03:04:36      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Amerihome Mortgage Company, LLC
cr              MidFirst Bank
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2            User: jhel              Page 2 of 2             Date Rcvd: Apr 15, 2019
                                Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Shawn N. Wright    on behalf of Debtor Jessica N. Cyphert shawn@shawnwrightlaw.com,
          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
         m
                                                                                                                         TOTAL: 5