IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Jessica N. Cyphert )<br>)<br>    Debtor(s) )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>)<br>    Movant, )<br>)<br>        Vs. )<br>AmeriHome Mortgage Company, LLC )<br>)<br>)<br>    Respondent(s) ) | Case No.: 18-20912 CMB<br>Chapter 13 |

AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Amended Motion with attached proposed Order of Court and Notice of hearing upon the following, by regular United States mail, postage prepaid:


Jessica N. Cyphert
1107 Surrey Lane
Vandergrift, PA 15690

Shawn N. Wright, Esquire
Law Office of Shawn N Wright
7240 McKnight Rd
Pittsburgh, PA 15237

Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618

Cenlar Federal Savings Bank
Attn: Gregory S. Tornquist, CEO
425 Phillips Blvd.
Ewing, NJ 08618

James C. Warmbrodt, Esquire (VIA CERTIFIED MAIL)
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #10
Oklahoma City, OK 73118-6077

G. Jeffrey Records Jr., CEO (VIA CERTIFIED MAIL)
MidFirst Bank
501 NW Grand Blvd.
Oklahoma City, OK 73118

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222


6/10/2019                                  /s/ Jeannine Lemarie
Date                                       Administrative Assistant
                                           Office of the Chapter 13 Trustee
                                           US Steel Tower – Suite 3250
                                           600 Grant Street
                                           Pittsburgh, PA  15219
                                           412) 471-5566
                                           cmecf@chapter13trusteewdpa.com