# PROCEEDING MEMO

Date: 07/24/2019 10:00 am

In re: Jessica N. Cyphert

Bankruptcy No. 18-20912-CMB
Chapter: 13
Doc. # 45

Appearances: James Warmbrodt  ✓

Movant(s): Winnecour / Pail / Katz / DeSimone

Respondents:

Creditor(s):

Nature of Proceeding: # 45 Trustees Motion to Preclude Postpetition Mortgage fees, Expenses, and Charges

Additional Pleadings: # 46 Notice of Hearing
#48 Response of Midfirst Bank

Judge's Notes:

Outcome: DeSimone: Satisfactory documentation provided. Matter resolved and motion withdrawn

Motion Withdrawn

- [ ] Motion is GRANTED _____ Order entered
- [ ] Motion is DENIED _____ Order entered
- [✓] Motion WITHDRAWN
- [ ] Motion is DISMISSED    Order entered
- [ ] Reschedule for Proper Service
- [ ] Case DISMISSED    Order entered
- [ ] Parties to submit Order/Settlement/Stipulation by _____ days
- [ ] CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
- [ ] to hearing date of _____
- [ ] ISSUE EVIDENTIARY HEARING NOTICE
- [ ] Discovery time needed _____ days
- [ ] Briefs to be filed: Movant(s) brief due _____ days
  Respondent(s) brief due _____ days
  Trustee's brief due _____ days

FILED
7/24/19 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge