UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-20912-cmb |
| Jessica N. Cyphert, | : | |
|     Debtor | : | Chapter 13 |
| Jessica N. Cyphert, | : | |
|     Movant | : | |
| Vs. | : | |
| MidFirst Bank & | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE TRIAL MORTGAGE MODIFICATION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Trial Modification Agreement filed on February 9, 2023 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 27, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                              Respectfully submitted,

                              _/s/Shawn N. Wright
                              Shawn N. Wright, Esquire
                              Counsel for Debtor; PA#64103
                              7240 McKnight Road
                              Pittsburgh, PA 15237
                              (412) 920-6565
                              shawn@shawnwrightlaw.com