UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-20912-cmb |
| Jessica N. Cyphert, | : | |
|     Debtor | : | Chapter 13 |
| Jessica N. Cyphert, | : | |
|     Movant | : | |
| Vs. | : | Hrg: 8/24/2023 @ 1:30 |
| MidFirst Bank & | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondents | | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE MORTGAGE MODIFICTION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Mortgage Modification filed on July 11, 2023 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 28, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

_/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtor; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com