UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Case No.: 18-20912-cmb |
| Jessica N. Cyphert, : | |
|          Debtor : | Chapter 13 |
| Jessica N. Cyphert, : | |
|          Movant : | Related to Doc. No. 86 |
| Vs. : | |
| MidFirst Bank & : | **ENTERED BY DEFAULT** |
| Ronda J. Winnecour, Trustee : | |
|          Respondents : | |

**FINAL MORTGAGE MODIFICATION ORDER**

On July 11, 2023, the above named Debtor and Respondent, MidFirst Bank ("Creditor") entered into a final modification (the "Final Modification"), **OUTSIDE OF the Court's *Loss Mitigation Program* (LMP)**, with respect to the First mortgage on the Debtor's residence. The terms of the Modification require monthly payments in the amount of $1,748.18 with the first payment due on July 1, 2023 and to continue in that amount for each month therefore until further notice of court.

*AND NOW,* this  2nd  **day of**  August , 20 23, for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that: (1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor in accordance with this Modification Agreement.

_____
UNITED STATES BANKRUPTCY JUDGE
cmb

Case administrator to serve:
    Debtor
    Counsel for Debtor
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

FILED
8/2/23 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA