UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-20912-cmb |
| Jessica N. Cyphert, | : | |
| Debtor | : | Chapter 13 |
| Shawn N. Wright, | : | |
| Movant | : | |
| Vs. | : | |
| No Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO APPROVE ATTORNEY COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Approve Attorney Compensation filed on September 2, 2023 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 19, 2009.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 20, 2009            _/s/Shawn N. Wright
                                      Shawn N. Wright, Esquire
                                      Counsel for Debtor
                                      7240 McKnight Road
                                      Pittsburgh, PA 15237
                                      (412) 920-6565
                                      PA--#64103
                                      shawn@shawnwrightlaw.com