UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JESSICA N. CYPHERT | Case No.18-20912CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>JESSICA N. CYPHERT | Chapter 13<br><br>Document No._____ |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __3rd__ day of __October__, 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Allegheny Health Network/West Penn Allegh Health++
Attn:  Payroll Manager
30 Isabella St Ste 300*
Pittsburgh,PA 15212

is hereby ordered to immediately terminate the attachment of the wages of JESSICA N. CYPHERT, social security number XXX-XX-6280.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JESSICA N. CYPHERT.

BY THE COURT:

cc: Debtor(s)

_Carlota M. Böhm_
**dmk**
UNITED STATES BANKRUPTCY JUDGE

FILED
10/2/23 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-20912-CMB
Jessica N. Cyphert | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Oct 02, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + Jessica N. Cyphert, 1107 Surrey Lane, Vandergrift, PA 15690-6047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

S. James Wallace
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
     on behalf of Debtor Jessica N. Cyphert shawn@shawnwrightlaw.com

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Oct 02, 2023     Form ID: pdf900     Total Noticed: 1

wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 6