**Fill in this information to identify the case:**

Debtor 1    Jessica N. Cyphert

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number   18-20912 CMB

## Form 4100R

# Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** MidFirst Bank SSB                    **Court claim no.** (if known):  8

**Last 4 digits** of any number you use to identify the debtor's account: 1779

**Property address:**
1107 Surrey Lane
Vandergrift, PA 15690

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                              $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    Loan is current as of the date of the hand off from the Trustee. Loan is currently due for 10 / 01 / 2023.

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                     (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b)  $ _____
c. **Total.** Add lines a and b.                                   (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: 95ee1fb19defd7b072931df32ea2f0140043a003a43dbaa4b29fcfb38305f254

| Debtor(s) | Jessica N. Cyphert | | | Case Number *(if known)*: 18-20912 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

×/s/ Brian C. Nicholas (Atty ID: 317240)          Date    11/20/2023
Brian Nicholas
20 Nov 2023, 16:28:21, EST

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jessica N. Cyphert**<br>Debtor<br><br>**MidFirst Bank, SSB**<br>　　　　　　**Movant**<br>　　vs.<br><br>**Jessica N. Cyphert**<br>　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　**Trustee** | **BK NO. 18-20912 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 20, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Jessica N. Cyphert
1107 Surrey Lane
Vandergrift, PA 15690

Attorney for Debtor(s) (via ECF)
Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: November 20, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Brian C. Nicholas*
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com