**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JESSICA N. CYPHERT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-20912 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/09/2018 and confirmed on 5/24/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 137,165.91 |
| Less Refunds to Debtor | 7,970.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,195.75 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,550.00 | |
|   Trustee Fee | 6,105.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,655.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 78,617.92 | 0.00 | 78,617.92 |
|     Acct: 1779 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 6,974.52 | 0.00 | 6,974.52 |
|     Acct: 1779 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 1,743.63 | 0.00 | 1,743.63 |
|     Acct: 1779 | | | | |
|   MIDFIRST BANK SSB* | 11,556.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1779 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 22,157.19 | 22,157.19 | 3,392.32 | 25,549.51 |
|     Acct: 9033 | | | | |
| | | | | 112,885.58 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA N. CYPHERT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA N. CYPHERT | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA N. CYPHERT | 5,770.16 | 5,770.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 550.00 | 550.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX2/23 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,654.88 | 0.00 | 5,654.88 |
|     Acct: 4800 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1779 | | | | |
| | | | | 5,654.88 |
| **Unsecured** | | | | |
|   AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING LLC | 2,724.74 | 0.00 | 0.00 | 0.00 |

18-20912                                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9405 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 1,268.08 | 0.00 | 0.00 | 0.00 |
| Acct: 7773 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 1,046.46 | 0.00 | 0.00 | 0.00 |
| Acct: 9520 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 200.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|     MERRICK BANK | 611.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1880 | | | | |
|     US DEPARTMENT OF EDUCATION | 44,443.61 | 0.00 | 0.00 | 0.00 |
| Acct: 6280 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 118,540.46 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 33,713.19 | |
| UNSECURED | 50,294.25 | |

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JESSICA N. CYPHERT

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20912

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20912-CMB |
| Jessica N. Cyphert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica N. Cyphert, 1107 Surrey Lane, Vandergrift, PA 15690-6047 |
| 14789360 | + | Amerihome Mortgage Company, 425 Phillips Boulevard, Trenton, NJ 08618-1430 |
| 14789363 | + | Credit Protection Assoc, 13355 Noel Road 2100, Dallas, TX 75240-6837 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14789359 | | Email/Text: ebn@americollect.com | Nov 28 2023 00:28:00 | Americollect, PO Box 1690, Manitowoc, WI 54221 |
| 14849344 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 28 2023 00:27:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14789361 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:42:11 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14789362 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 28 2023 00:31:33 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14789364 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 28 2023 00:27:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14811102 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 28 2023 00:27:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14789365 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 28 2023 00:28:00 | Jefferson Capital, P.O. Box 23051, Columbus, GA 31902 |
| 14832838 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14832837 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 28 2023 00:31:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14789366 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 28 2023 00:31:32 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14905224 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 28 2023 00:31:32 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14828462 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2023 00:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15318934 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 28 2023 00:28:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14808833 | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, |

Case 18-20912-CMB    Doc 114    Filed 11/29/23    Entered 11/30/23 00:30:51    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 14789367 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | U.S. Department of Education/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 14820764 | | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15616937 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14827018 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:55:19 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | MidFirst Bank |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Jessica N. Cyphert shawn@shawnwrightlaw.com  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Nov 27, 2023　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 21
TOTAL: 6