**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JESSICA N. CYPHERT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　vs.<br>No Repondents. | Case No.:18-20912 CMB<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1.  The case was filed on 03/09/2018  and confirmed on 05/24/2018 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 141,565.91 |
| Less Refunds to Debtor | 12,370.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,195.75 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 4,550.00 | |
| 　Trustee Fee | 6,105.29 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,655.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　MIDFIRST BANK SSB* | 0.00 | 78,617.92 | 0.00 | 78,617.92 |
| 　　Acct: 1779 | | | | |
| 　MIDFIRST BANK SSB* | 0.00 | 6,974.52 | 0.00 | 6,974.52 |
| 　　Acct: 1779 | | | | |
| 　MIDFIRST BANK SSB* | 0.00 | 1,743.63 | 0.00 | 1,743.63 |
| 　　Acct: 1779 | | | | |
| 　MIDFIRST BANK SSB* | 11,556.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1779 | | | | |
| 　PERITUS PORTFOLIO SERVICES* | 22,157.19 | 22,157.19 | 3,392.32 | 25,549.51 |
| 　　Acct: 9033 | | | | |
| | | | | 112,885.58 |
| Priority | | | | |
| 　SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　JESSICA N. CYPHERT | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　JESSICA N. CYPHERT | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| JESSICA N. CYPHERT | 5,770.16 | 5,770.16 | 0.00 | 0.00 |
| Acct: | | | | |
| JESSICA N. CYPHERT | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JESSICA N. CYPHERT | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 550.00 | 550.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXX2/23 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,654.88 | 0.00 | 5,654.88 |
| Acct: 4800 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1779 | | | | |
| | | | | 5,654.88 |
| Unsecured | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 2,724.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9405 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,268.08 | 0.00 | 0.00 | 0.00 |
| Acct: 7773 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,046.46 | 0.00 | 0.00 | 0.00 |
| Acct: 9520 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 200.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MERRICK BANK | 611.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1880 | | | | |
| US DEPARTMENT OF EDUCATION | 44,443.61 | 0.00 | 0.00 | 0.00 |
| Acct: 6280 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                          118,540.46

TOTAL CLAIMED
PRIORITY              0.00
SECURED          33,713.19
UNSECURED        50,294.25

Date: 02/07/2024                                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com