**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JESSICA N. CYPHERT

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-20912

Chapter 13

Document No.:

**ORDER OF COURT**

**ENTERED BY DEFAULT**

AND NOW, this ___12th___ day of ___April___, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/12/24 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                   Case No. 18-20912-CMB

Jessica N. Cyphert                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                          Page 1 of 3

Date Rcvd: Apr 12, 2024                 Form ID: pdf900                Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jessica N. Cyphert, 1107 Surrey Lane, Vandergrift, PA 15690-6047 |
| 14789360 | + | Amerihome Mortgage Company, 425 Phillips Boulevard, Trenton, NJ 08618-1430 |
| 14789363 | + | Credit Protection Assoc, 13355 Noel Road 2100, Dallas, TX 75240-6837 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14789359 | | Email/Text: ebn@americollect.com | Apr 12 2024 23:56:00 | Americollect, PO Box 1690, Manitowoc, WI 54221 |
| 14849344 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 12 2024 23:55:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14789361 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2024 00:07:13 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14789362 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2024 00:07:09 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14789364 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 12 2024 23:55:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14811102 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 12 2024 23:55:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14789365 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2024 23:56:00 | Jefferson Capital, P.O. Box 23051, Columbus, GA 31902 |
| 14832838 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:07:25 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14832837 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14789366 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:06 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14905224 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 13 2024 00:07:26 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14828462 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2024 23:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15318934 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 12 2024 23:56:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14808833 | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2024 23:55:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 21

| | | | PA 15233-1828 |
|---|---|---|---|
| 14789367 | + Email/Text: electronicbkydocs@nelnet.net | Apr 12 2024 23:56:00 | U.S. Department of Education/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 14820764 | Email/Text: electronicbkydocs@nelnet.net | Apr 12 2024 23:56:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15616937 | + Email/Text: electronicbkydocs@nelnet.net | Apr 12 2024 23:56:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14827018 | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:07:07 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | MidFirst Bank |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Amerihome Mortgage Company  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Jessica N. Cyphert shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 6